■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAULETTE CZUBA, Appellant. (Appeal No. 1.) [903 NYS2d 764]—

Appeal from a judgment of the Erie County Court (Michael L. D'Amico, J.), rendered March 11, 2009. The judgment convicted defendant, upon her plea of guilty, of grand larceny in the fourth degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed (*see People v Lococo*, 92 NY2d 825, 827 [1998]). Present—Martoche, J.P., Fahey, Lindley, Sconiers and Green, JJ.